TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-99-00480-CV

Kevin Roy Beal, Dawn Waggoner, and Servco International, Inc., Appellants

v.

John Malatesta, Margaret Malatesta, and Malco International, Inc., Appellees

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 261ST JUDICIAL DISTRICT

NO. 98-08526, HONORABLE JUDGE LORA J. LIVINGSTON, PRESIDING 

PER CURIAM

 Kevin Roy Beal, Dawn Waggoner, and Servco International, Inc. and John
Malatesta, Margaret Malatesta, and Malco International, Inc. have filed an Agreed Motion to
Dismiss Appeal. We grant the motion and dismiss this appeal. See Tex. R. App. P. 42.1(a)(1).

Before Justices Jones, Kidd and Patterson

Dismissed on Agreed Motion

Filed: October 7, 1999

Do Not Publish